# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEARHEAD NETWORK TECH, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>STACKCURVE, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:21–cv–01534–CJC–KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 9/20/2021 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments 1 Civil Cover Sheet is attached to the Complaint. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 22, 2021

By: _/s/ Geneva Hunt  geneva_hunt@cacd.uscourts.gov_
Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –