Steven Brower (SBN 93568)
 *Steve@BrowerLawGroup.com*
Thanh-Thuy T. Luong (SBN 293859)
 *Thuy@BrowerLawGroup.com*
**BROWER LAW GROUP, APC**
23601 Moulton Parkway, Suite 220
Laguna Hills, CA 92653
Telephone: (949) 668-0825

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEARHEAD NETWORKS TECH, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>STACKCURVE, INC.,<br><br>   Defendant. | Case No. 8:21-cv-01534-CJC (KESx)<br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION TO THE MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PLAINTIFF'S ACTION**<br><br>Hearing:<br>Date:   December 6, 2021<br>Time:   1:30 p.m.<br>Ctrm:   9B<br>Judge:  Hon. Cormac J. Carney<br><br>Action filed:   September 20, 2021<br>Trial date:     Not set |

   **PLEASE TAKE NOTICE** that Plaintiff has not filed any Opposition to the Defendant's Motion To Dismiss Or, In The Alternative, To Stay, which was duly filed and served by ECF on November 8, 2021, for a hearing date of December 6, 2021.

   Pursuant to Local Rule 7-9, and as is well-known to any member of the bar of this Court (which includes counsel for plaintiff), if there was any Opposition it was to be filed 21 days before the hearing, which was November 15, 2021.

Further, pursuant to Local Rule 7-12, "The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or <u>the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion</u> . . ." [emphasis added]

Here, as is well-demonstrated by the moving papers, this action was brought in the wrong court for the wrong reasons. The essence of this case is already pending in Orange County Superior Court. Further, as shown in more detail in the moving papers, the same counsel, on behalf of the same plaintiff, previously tried to file a "second" action in the Northern District of California and voluntarily dismissed that case after the Magistrate Judge had indicated that he would likely dismiss the action.

Defendant would ask that the pending Motion to Dismiss should be granted, pursuant to Local Rule 7-12 and on the merits demonstrated in the moving papers.

Dated: November 16, 2021               BROWER LAW GROUP, APC


                                       By: <u>/s/ by ECF                    </u>
                                             Steven Brower

                                       Attorneys for Defendant