Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff
Spearhead Networks Tech, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Spearhead Networks Tech, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Stackcurve, Inc.,<br><br>Defendant. | Case No.  8:21-cv-01534-CJC (KESx)<br><br>**DECLARATION OF PAVEL POGODIN, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR STAY**<br><br>**Hon. Hon. Cormac J. Carney**<br>**Date: December 6, 2021**<br>**Time: 1:30 PM**<br>**Crtrm.: 9B**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set** |

CONSENSUS LAW
HIGH TECHNOLOGY
ATTORNEYS

DECL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS  - 1 -    SPEARHEAD V. STACKCURVE INC.   CASE NO. 8:21-cv-01534-CJC

I, Pavel Pogodin, state and declare as follows:

1. I am an attorney of record in this action for Defendant and Cross-Complainant Spearhead Networks Inc. and Defendant Faisal Chaudhry. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would willingly and competently testify as to those matters.

2. My business address is 5245 Ave Isla Verde, Suite 302, Carolina, PR 00979, United States of America.

3. During a Zoom court hearing which took place on or about December 2, 2020, before Hon. Nathanael M. Cousins, Judge Cousins' primary concern was with the venue of the Federal action, which I filed against iConsult on behalf of Spearhead in the Northern District of California, as iConsult was located in the Orange County and not in the Northern California.

4. During the same Zoom court hearing which took place on or about December 2, 2020, before Hon. Nathanael M. Cousins, Defendant's counsel Steven Brower offered to the Court and to Plaintiff Spearhead, to stipulate to an amendment of the Spearhead's cross-complaint in the OCSC action to include all claims from the Federal action.

5. In reliance on this offer and in view of the Judge Cousins' comments about the proper venue being in the Central District of California, I voluntarily dismissed the Federal action and, on January 19, 2021, pursuant to a stipulation, amended the cross-complaint in the OCSC action, which Defendant's counsel Steven Brower subsequently moved to abate.

6. Spearhead qualified to do busines in California in or about January 26, 2021, or seven days after the amended cross-complaint in the OCSC action was filed.

7. Attached hereto as Exhibits 1-2 are true and correct copies of communications received by Mr. Chaudhry from Defendant's principal Omar Rezec in or about Spring of 2021.

8. Attached hereto as Exhibits 3 is a true and correct copy of communications received by Mr. Chaudhry from a third party regarding him being contacted by Defendant's principal Omar Rezec in or about Spring of 2021.

CONSENSUS LAW
HIGH TECHNOLOGY
ATTORNEYS

DECL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS - 2 -    SPEARHEAD V. STACKCURVE INC.   CASE NO. 8:21-cv-01534-CJC

9. Attached hereto as Exhibits 4 is a true and correct copy of communications received by me from Defendant's counsel Steven Brower on or about December 12, 2020.

10. Attached hereto as Exhibits 5 is a true and correct copy of communications received by me from Defendant's principal Omar Rezec on or about May 17, 2021.

11. As evidenced in the attached Exhibits 1-3, on multiple occasions, Defendant's principal Omar Rezec threatened adverse California state tax authorities' actions personally against Plaintiff's principal Faisal Chaudhry, if Mr. Chaudhry did not agree to pay him a certain amount of money.

12. As evidenced in the attached Exhibit 5, Defendant's principal Omar Rezec threatened me with criminal prosecution for hacking his computer, the claim which I view as preposterous.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2021, in Carolina, Puerto Rico.

By:   /s/ Pavel I. Pogodin
      Pavel I. Pogodin

CONSENSUS LAW
HIGH TECHNOLOGY
ATTORNEYS

DECL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS - 3 -   SPEARHEAD V. STACKCURVE INC.   CASE NO. 8:21-CV-01534-CJC