# EXHIBIT 1

> I hope you're doing well little brother. I can't say I don't miss you.
>
> I just received a horrific call from the California FTB recently that they are coming to our June 10th hearing and that you and Spearhead Networks Inc, a Nevada Corp, owe $17M in back taxes. I'm very concerned that you the California court is going to order discovery w/ the California FTB and find out your foreign Corp owes back taxes, penalties and interest.
>
> The FTB said that you're a foreign Corp with your headquarters based in California since 2012. Is that true??? The Corp tax is 8.84% bro. Have you paid that to the citizens of California?
>
> Who is the Spearhead Accountant? Let me guess he's in California too? Pay your taxes little brother!! Live below your means and pay your debts sir.
>
> You owe $17M sir. June 10th is back TAXES DAY! Pay your taxes sir!!!

# EXHIBIT 2

To: Omar Rezec 

Live below your means and pay your debts sir.

You owe $17M sir. June 10th is back TAXES DAY! Pay your taxes sir!!!

Today 3:28 PM

In an effort to not burden the California court system with unnecessary litigation and to mitigate litigation costs, would you consider going to Mediation in May to settle our case? If so, please have your attorney contact my attorney today.

# EXHIBIT 3

> Today 8:21 AM
>
> Good morning Faisal. I just got a strange call from somebody named Omar Rezec,
>
> He is looking for spearhead networks or you guys claiming that either you owe the IRS 20 million and back taxes or you owe him money I don't know I don't really care however just know somebody's looking for you guys and no I did not forward him your information so he's still going to have to hunt on his own

# EXHIBIT 4

## Rezec/Spearhead

2 messages

**Steven Brower** <Steve@browerlawgroup.com>  Sat, Dec 12, 2020 at 3:36 PM
To: "Pavel Pogodin, Ph.D., Esq." <pp@consensuslaw.io>

Your obvious anger and loss of control are not appropriate for a sophisticated litigation attorney – particularly in this type of case where you must be smart enough to know that your client lives in a glass house.

We are prepared to respond to whatever cross-complaint your client wishes to file. But, before your client decides to start throwing stones in his glass house, instead of trying to settle this matter, please be sure that your client is prepared to discuss the relationship between Spearhead and Hi Tech Partner LLC and Click Bridge, Inc. and Windstream and Facebook.

As noted, it would be my suggestion that you and your client should calm down and make arrangements to schedule a settlement discussion (probably a good idea to use a formal mediation for privilege purposes – California mediation confidentiality is VERY strong).

**Steven Brower**

Brower Law Group, A Professional Corporation

23601 Moulton Pkwy, Suite 220

Laguna Hills, CA 92653

Office: 949-668-0825

Direct: 714-549-5150

Cell: 714-244-6545

Steve@BrowerLawGroup.com



# EXHIBIT 5

 Gmail

Pavel Pogodin <pp@consensuslaw.io>

# CEASE & DESIST: NOTICE OF COMPUTER FRAUD & ABUSE - EMAIL HACKING
3 messages

---

**Omar Rezec** <omar@stackcurve.net>   Mon, May 17, 2021 at 3:51 PM
To: Steven Brower <Steve@browerlawgroup.com>, Thuy Luong <thuy@browerlawgroup.com>, "pp@consensuslaw.io" <pp@consensuslaw.io>

Mr. Pavel Pogodin,
Consensus Law

9399 Granite Falls Court

Elk Grove, CA 95624


### CEASE & DESIST: NOTICE OF COMPUTER FRAUD & ABUSE - EMAIL HACKING, BUSINESS INTERFERENCE

Dear Mr. Pogodin,

You and your client have been reported to the authorities for Computer Fraud & Abuse, Email Hacking.  I have two separate cyber security experts who are going to testify on my behalf that the off-shore investigative firm you hired sourced hackers to breach my work and personal emails multiple times with various hacking techniques.

This is egregious and abusive behavior and you will be held accountable for this email hacking, that you engaged in the criminal act of email hacking me for advantage in the California court system, to deliberately intercept my emails and privileged attorney-client correspondence to obtain an illegal advantage.

You may face serious consequences including sanctions by the Court, the California Bar Association, the Sacramento County District Attorney's Office,  as well as sanctions by Puerto Rico your part-time residence.

This has to stop.  Every time you hack my email you are also committing damaging business interference as you interrupt my primary channel of business communication.  If you hack me one more time sir, I promise that I will immediately launch a cyber hacking investigation against Pavel Pogodin in San Juan PR with the local and federal authorities.


Thank you,


Omar Rezec